ALBERT FISHBEIN, Appellant, v. FREDERICK LOESER & COMPANY, Respondent.— Order denying plaintiff's motion to compel defendant to accept plaintiff's demand for a jury trial affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Tompkins and Davis, JJ., concur; Young J., not voting.

GARGES BROS., INC., and Another, Appellants, v. FRED SPECHT, JR., Respondent.— Order of the County Court of Nassau county, in so far as it vacates the justice's judgment and grants a new trial, reversed on the law and the facts, with costs, and motion to set aside the justice's judgment denied. Concededly, the appeal was not taken within the twenty days authorized by section 428 of the Justice Court Act. It was, therefore, no appeal, and the County Court was correct in dismissing it, but incorrect in so far as it vacated the judgment, a power which could be exercised only under section 453 of the Justice Court Act where an appeal was pending and taken in time. (See *Baker R. & L. Co., Inc.,* v. *Buel,* 188 App. Div. 822.) Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ., concur.

CORA GOODKIN, an Infant under the Age of Fourteen Years, by Her Guardian ad Litem, SAMUEL GOODKIN, and Others, Respondents, v. BROOKLYN AND QUEENS TRANSIT CORPORATION and MICHAEL J. O'HARA, Doing Business under the Firm Name of M. J. O'HARA CONTRACTING COMPANY, Appellants.— Judgment affirmed, with costs. Exhibit C for identification was not admissible in evidence. It contained opinions which were not records of an act, transaction, occurrence or event made in the course of the doctor's profession. Lazansky, P. J., Kapper and Hagarty, JJ., concur; Carswell and Scudder, JJ., dissent and vote for reversal and a new trial, with the following memorandum: There was ample evidence to sustain the finding of the jury that defendant M. J. O'Hara Contracting Company was negligent. The court, however, erred in excluding Exhibit C for identification. It was admissible under section 374-a of the Civil Practice Act. Similar records of a deceased physician were held to be properly admitted in *Duffy* v. *Edison, Inc.* (240 App. Div. 1002; *Gelderman* v. *Munson Steamship Line No. 1,* 232 id. 776.)

IDA V. GORDON, Appellant, v. P. V. BARANOWSKY COMPANY, LTD., Respondent. — Order denying defendant's motion to vacate service of summons, in so far as it grants leave to defendant to answer, affirmed, with fifty dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ., concur.

HATTIE HORAN and Another, Appellants, v. LOUIS ALTMAN and Another, Respondents.— Order setting aside the verdict and granting a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ.